John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 820270

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-20400 | 016-0 | STEVEN D HAWKINS<br>Original Check written to:<br>PRUDENCIO AVENDANIO MD<br>4000 S GEORGIA B-1<br>AMARILLO, TX  79109 | xxxx27-1 | 9.48 | 8.00 | 0.00 | 8.00 |
| 05-62203 | 007-0 | BILLIE JOYCE STEVENSON<br>Original Check written to:<br>LEGACY FURNITURE<br>P. O. BOX 132435<br>TYLER, TX  75713-2435 | xx0774 | 0.00 | 122.41 | 0.00 | 122.41 |
| 05-62203 | 007-1 | BILLIE JOYCE STEVENSON<br>Original Check written to:<br>LEGACY FURNITURE<br>P. O. BOX 132435<br>TYLER, TX  75713-2435 | xx0774 | 1,794.13 | 429.87 | 0.00 | 429.87 |
| 06-60842 | 042-0 | JAYCEN WAYNE WHISLER<br>Original Check written to:<br>NCO FINANCIAL SYSTEMS, INC.<br>P O BOX 41567<br>PHILADELPHIA, PA  19101- | xxxxxxxxxxxxxxxxxxV775 | 234.01 | 20.01 | 0.00 | 20.01 |
| 07-20163 | 052-0 | TERESA WRIGHT BATES<br>Original Check written to:<br>DAKOTA STATE BANK/REWARDS 660<br>P.O. BOX 89210<br>SIOUX FALLS, SD  57109- | 2282 | 159.06 | 113.06 | 0.00 | 113.06 |
| 08-20150 | 051-0 | CHARLES RAY DAVIS<br>Original Check written to:<br>WALTER MORTGAGE COMPANY<br>P O BOX 31601<br>TAMPA, FL  33631- | | 4,570.66 | 310.54 | 0.00 | 310.54 |
| 09-60184 | 004-0 | EUGENE SINDAB<br>Original Check written to:<br>BARCLAYS CAPITAL REAL ESTATE<br>P O BOX 160101<br>SACRAMENTO, CA  95816- | 2178 | 3,609.24 | 0.00 | 19.54 | 19.54 |